THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
LORENZO CELLINE, Appellant.

Argued March 6, 1941; decided April 17, 1941.

*Abraham J. Gellinoff, Frank R. Galgano, Bernard Reiss* and
*Charles L. Crowley* for appellant.

*Thomas E. Dewey,* District Attorney (*Stanley H. Fuld*
and *Manuel Lee Robbins* of counsel), for respondent.

Judgment of conviction affirmed, under section 542 of the
Code of Criminal Procedure. No opinion.

Concur: FINCH, RIPPEY, LEWIS and CONWAY, JJ. LEH-
MAN, Ch. J., LOUGHRAN and DESMOND, JJ., dissent on the
ground that the error is too serious to be overlooked.